JS-6

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12   SARAH PENNYWITT,                       Case No. 2:20-cv-00518-PSG-MAA

13            Plaintiff,                     Hon. Philip S. Gutierrez

14        v.                                 **ORDER ON JOINT STIPULATION
                                             RE DISMISSAL OF ENTIRE
15   WELLS FARGO BANK, N.A., and             ACTION WITH PREJUDICE**
     DOES 1 through 10, inclusive,
16                                           *Concurrently filed with: Joint
            Defendants.                      Stipulation*
17

18
                                             Action Filed: December 12, 2019
19
                                             Trial Date:    August 10, 2021
20

21

22

23

24

25

26

27

28

353165.1

ORDER RE DISMISSAL OF ENTIRE ACTION

1

**ORDER**

2        Having considered the Joint Stipulation Re: Dismissal of Entire Action With

3  Prejudice filed by Plaintiff Sarah Pennywitt and Defendant Wells Fargo Bank, N.A.

4  under Federal Rule of Civil Procedure 41(a), this action is dismissed in its entirety

5  with prejudice.

6        SO ORDERED.

7

8  DATED:  April 2, 2021

9        Hon. Philip S. Gutierrez
         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

353165.1

ORDER RE DISMISSAL OF ENTIRE ACTION